# Exhibit A


NO ARTIFICIAL
FLAVORS, PRESERVATIVES, OR SYNTHETIC COLORS
EMERALD®
HOT HONEY
CASHEWS
NON GMO
NO HIGH FRUCTOSE CORN SYRUP
NET WT 5 OZ (141g)


Nutrition Facts
About 4 servings per container
Serving size 1/4 cup (34g)
Amount per serving
Calories 170
% Daily Value*
Total Fat 11g 14%
Saturated Fat 2g 10%
Trans Fat 0g
Cholesterol 0mg 0%
Sodium 310mg 13%
Total Carbohydrate 17g 6%
Dietary Fiber <1g 3%
Total Sugars 11g
Includes 10g Added Sugars 20%
Protein 4g
Vitamin D 0mcg 0% • Calcium 0mg 0%
Iron 1.4mg 8% • Potassium 150mg 4%
*The % Daily Value (DV) tells you how much a nutrient in a serving of food contributes to a daily diet. 2,000 calories a day is used for general nutrition advice.
INGREDIENTS: CASHEWS, SUGAR, SEASONING (DEXTROSE, SALT, SUGAR, MALTODEXTRIN, ONION POWDER, NATURAL FLAVORS, TORULA YEAST, YEAST EXTRACT, GARLIC POWDER, JALAPENO POWDER, PARSLEY, EXTRACTIVES OF TURMERIC [COLOR], EXTRACTIVES OF PAPRIKA [COLOR]), HONEY, PEANUT OIL, SEA SALT.
CONTAINS: CASHEWS.
PROCESSED IN A FACILITY THAT ALSO PROCESSES PEANUTS, ALMONDS, BRAZIL NUTS, COCONUT, HAZELNUTS, MACADAMIA NUTS, PECANS, PINE NUTS, PISTACHIOS, WALNUTS, MILK, SESAME, SOY, WHEAT.


NO ARTIFICIAL
FLAVORS, PRESERVATIVES, OR SYNTHETIC COLORS
EMERALD®
SALT & PEPPER
CASHEWS
NON GMO
4g PROTEIN PER SERVING
NET WT 5 OZ (141g)


Nutrition Facts
About 5 servings per container
Serving size 1 oz (28g/about 20 pieces)
Amount per serving
Calories 160
% Daily Value*
Total Fat 13g 17%
Saturated Fat 2.5g 12%
Trans Fat 0g
Cholesterol 0mg 0%
Sodium 170mg 7%
Total Carbohydrate 8g 3%
Dietary Fiber <1g 3%
Total Sugars 1g
Includes 0g Added Sugars 0%
Protein 4g 6%
Vitamin D 0mcg 0% • Calcium 0mg 0%
Iron 1.6mg 8% • Potassium 170mg 4%
*The % Daily Value (DV) tells you how much a nutrient in a serving of food contributes to a daily diet. 2,000 calories a day is used for general nutrition advice.
INGREDIENTS: CASHEWS, PEANUT OIL, SEASONING (SALT, RICE FLOUR, MALTODEXTRIN, BLACK PEPPER, YEAST EXTRACT, SPICE, ONION POWDER, GARLIC POWDER, NATURAL FLAVOR).
CONTAINS: CASHEWS.
PROCESSED IN A FACILITY THAT ALSO PROCESSES PEANUTS, ALMONDS, BRAZIL NUTS, COCONUT, HAZELNUTS, MACADAMIA NUTS, PECANS, PINE NUTS, PISTACHIOS, WALNUTS, MILK, SESAME, SOY, WHEAT.


NO ARTIFICIAL
FLAVORS, PRESERVATIVES, OR SYNTHETIC COLORS
EMERALD®
DILL FLAVORED PICKLE
CASHEWS
NON GMO
4g PROTEIN PER SERVING
NET WT 5 OZ (141g)


Nutrition Facts
About 5 servings per container
Serving size 1 oz (28g/about 20 pieces)
Amount per serving
Calories 160
% Daily Value*
Total Fat 13g 17%
Saturated Fat 2.5g 12%
Trans Fat 0g
Cholesterol 0mg 0%
Sodium 100mg 4%
Total Carbohydrate 9g 3%
Dietary Fiber <1g 3%
Total Sugars 2g
Includes 0g Added Sugars 0%
Protein 4g 6%
Vitamin D 0mcg 0% • Calcium 0mg 0%
Iron 1.5mg 8% • Potassium 160mg 4%
*The % Daily Value (DV) tells you how much a nutrient in a serving of food contributes to a daily diet. 2,000 calories a day is used for general nutrition advice.
INGREDIENTS: CASHEWS, PEANUT OIL, SEASONING (MALTODEXTRIN, SALT, GARLIC POWDER, VINEGAR, SUGAR, YEAST EXTRACT, ONION POWDER, NATURAL FLAVOR, SPICE [INCLUDING DILL], PARSLEY).
CONTAINS: CASHEWS.
PROCESSED IN A FACILITY THAT ALSO PROCESSES PEANUTS, ALMONDS, BRAZIL NUTS, COCONUT, HAZELNUTS, MACADAMIA NUTS, PECANS, PINE NUTS, PISTACHIOS, WALNUTS, MILK, SESAME, SOY, WHEAT.


NO ARTIFICIAL
FLAVORS, PRESERVATIVES, OR SYNTHETIC COLORS
EMERALD®
ZESTY FLAVORED SRIRACHA
CASHEWS
NON GMO
4g PROTEIN PER SERVING
NET WT 5 OZ (141g)


Nutrition Facts
About 5 servings per container
Serving size 1 oz (28g/about 20 pieces)
Amount per serving
Calories 160
% Daily Value*
Total Fat 13g 17%
Saturated Fat 2.5g 12%
Trans Fat 0g
Cholesterol 0mg 0%
Sodium 150mg 7%
Total Carbohydrate 9g 3%
Dietary Fiber <1g 3%
Total Sugars 2g
Includes 0g Added Sugars 0%
Protein 4g 6%
Vitamin D 0mcg 0% • Calcium 0mg 0%
Iron 1.6mg 8% • Potassium 170mg 4%
*The % Daily Value (DV) tells you how much a nutrient in a serving of food contributes to a daily diet. 2,000 calories a day is used for general nutrition advice.
INGREDIENTS: CASHEWS, PEANUT OIL, SEASONING (SUGAR, MALTODEXTRIN, SALT, VINEGAR, SPICE, DEHYDRATED RED PEPPER SAUCE [AGED RED PEPPER, DISTILLED VINEGAR, SALT], GARLIC POWDER, RED BELL PEPPER POWDER, PAPRIKA [COLOR], NATURAL FLAVOR, PAPRIKA EXTRACT [COLOR]).
CONTAINS: CASHEWS.
PROCESSED IN A FACILITY THAT ALSO PROCESSES PEANUTS, ALMONDS, BRAZIL NUTS, COCONUT, HAZELNUTS, MACADAMIA NUTS, PECANS, PINE NUTS, PISTACHIOS, WALNUTS, MILK, SESAME, SOY, WHEAT.


NO ARTIFICIAL
FLAVORS, PRESERVATIVES, OR SYNTHETIC COLORS
EMERALD®
SPICY FLAVORED
JALAPEÑO
CASHEWS
NON GMO
4g PROTEIN PER SERVING
NET WT 5 OZ (141g)


Nutrition Facts
About 5 servings per container
Serving size 1 oz (28g/about 22 pieces)
Amount per serving
Calories 160
% Daily Value*
Total Fat 13g 17%
Saturated Fat 2.5g 11%
Trans Fat 0g
Polyunsaturated Fat 2.5g
Monounsaturated Fat 7g
Cholesterol 0mg 0%
Sodium 160mg 7%
Total Carbohydrate 9g 3%
Dietary Fiber <1g 3%
Total Sugars 2g
Includes 1g Added Sugars 1%
Protein 4g 7%
Vitamin D 0mcg 0% • Calcium 0mg 0%
Iron 1.6mg 8% • Potassium 170mg 4%
*The % Daily Value (DV) tells you how much a nutrient in a serving of food contributes to a daily diet. 2,000 calories a day is used for general nutrition advice.
INGREDIENTS: CASHEWS, PEANUT OIL, SEASONING (DEXTROSE, SALT, SUGAR, MALTODEXTRIN, ONION POWDER, NATURAL FLAVOR, TORULA YEAST, GARLIC POWDER, JALAPENO POWDER, PARSLEY).
CONTAINS: CASHEWS.
PROCESSED IN A FACILITY THAT ALSO PROCESSES PEANUTS, ALMONDS, BRAZIL NUTS, COCONUT, HAZELNUTS, MACADAMIA NUTS, PECANS, PINE NUTS, PISTACHIOS, WALNUTS, MILK, SESAME, SOY, WHEAT.


NO ARTIFICIAL
FLAVORS, PRESERVATIVES, OR SYNTHETIC COLORS
EMERALD®
DRY ROASTED
SEASONED ALMONDS
NON GMO
GOOD SOURCE OF FUEL
NET WT 5 OZ (141g)


Nutrition Facts
About 5 servings per container
Serving size 1 oz (28g/about 27 pieces)
Amount per serving
Calories 160
% Daily Value*
Total Fat 14g 18%
Saturated Fat 1g 5%
Trans Fat 0g
Polyunsaturated Fat 3.5g
Monounsaturated Fat 9g
Cholesterol 0mg 0%
Sodium 210mg 9%
Total Carbohydrate 6g 2%
Dietary Fiber 3g 10%
Total Sugars 2g
Includes 0g Added Sugars 0%
Protein 5g 4%
Vitamin D 0mcg 0% • Calcium 70mg 6%
Iron 1mg 6% • Potassium 190mg 4%
*The % Daily Value (DV) tells you how much a nutrient in a serving of food contributes to a daily diet. 2,000 calories a day is used for general nutrition advice.
INGREDIENTS: ALMONDS, SEASONING (MALTODEXTRIN, SALT, SUGAR, YEAST EXTRACT, PAPRIKA [COLOR], ONION POWDER, GARLIC POWDER, NATURAL FLAVORS), LESS THAN 2% OF PEANUT AND/OR SUNFLOWER OIL, CORN STARCH, SUNFLOWER LECITHIN.
CONTAINS: ALMONDS.
PROCESSED IN A FACILITY THAT ALSO PROCESSES PEANUTS, OTHER TREE NUTS, MILK, SESAME, SOY, WHEAT.


NO ARTIFICIAL
FLAVORS, PRESERVATIVES, OR SYNTHETIC COLORS
EMERALD®
COCOA ROAST®
ALMONDS
NON GMO
NO HIGH FRUCTOSE CORN SYRUP
NET WT 5 OZ (141g)


Nutrition Facts
About 5 servings per container
Serving size 1 oz (28g/about 27 pieces)
Amount per serving
Calories 160
% Daily Value*
Total Fat 13g 17%
Saturated Fat 1g 5%
Trans Fat 0g
Polyunsaturated Fat 3g
Monounsaturated Fat 8g
Cholesterol 0mg 0%
Sodium 45mg 2%
Total Carbohydrate 8g 3%
Dietary Fiber 3g 11%
Total Sugars 3g
Includes 2g Added Sugars 4%
Protein 5g 4%
Vitamin D 0mcg 0% • Calcium 60mg 4%
Iron 1.3mg 8% • Potassium 220mg 4%
*The % Daily Value (DV) tells you how much a nutrient in a serving of food contributes to a daily diet. 2,000 calories a day is used for general nutrition advice
INGREDIENTS: ALMONDS, SEASONING (SUGAR, COCOA POWDER [PROCESSED WITH ALKALI], POTATO STARCH, SALT, GUM ARABIC, MALTODEXTRIN, STEVIA LEAF EXTRACT, NATURAL FLAVOR), LESS THAN 2% OF SUGAR, PEANUT AND/OR SUNFLOWER OIL, CORN STARCH, SUNFLOWER LECITHIN.
CONTAINS: ALMONDS.
PROCESSED IN A FACILITY THAT ALSO PROCESSES PEANUTS, OTHER TREE NUTS, MILK, SESAME, SOY, WHEAT.


NO ARTIFICIAL
PRESERVATIVES, FLAVORS, OR SYNTHETIC COLORS
EMERALD®
100 CALORIE
SNACK PACKS
CASHEWS, ALMONDS & DRIED PINEAPPLE
7 PACKS
NON GMO
NO HIGH FRUCTOSE CORN SYRUP
7-0.71 OZ (20g) PACKS
NET WT 4.97 OZ (140g)


Nutrition Facts
About 7 servings per container
Serving size 1 Pouch (20g)
Amount per serving
Calories 100
% Daily Value*
Total Fat 6g 8%
Saturated Fat 1g 4%
Trans Fat 0g
Polyunsaturated Fat 1.5g
Monounsaturated Fat 4g
Cholesterol 0mg 0%
Sodium 30mg 1%
Total Carbohydrate 9g 3%
Dietary Fiber <1g 3%
Total Sugars 6g
Includes 3g Added Sugars 7%
Protein 2g
Vitamin D 0mcg 0% • Calcium 0mg 0%
Iron 0.7mg 4% • Potassium 0mg 0%
*The % Daily Value (DV) tells you how much a nutrient in a serving of food contributes to a daily diet. 2,000 calories a day is used for general nutrition advice.
INGREDIENTS: CASHEWS (CASHEWS, PEANUT OIL, SEA SALT), ALMONDS, DRIED PINEAPPLE (PINEAPPLE, SUGAR, CITRIC ACID, SULFUR DIOXIDE [TO PRESERVE COLOR]).
CONTAINS: ALMONDS, CASHEWS.
PROCESSED IN A FACILITY THAT ALSO PROCESSES PEANUTS, BRAZIL NUTS, COCONUT, HAZELNUTS, MACADAMIA NUTS, PECANS, PINE NUTS, PISTACHIOS, WALNUTS, MILK, SESAME, SOY, WHEAT.




## Nutrition Facts

About 7 servings per container

Serving size 1 Pouch (18g)

| Amount per serving | |
|---|---|
| **Calories** | **100** |
| | **% Daily Value*** |
| **Total Fat** 9g | **11%** |
| Saturated Fat 0.5g | **3%** |
| *Trans* Fat 0g | |
| **Cholesterol** 0mg | **0%** |
| **Sodium** 140mg | **6%** |
| **Total Carbohydrate** 4g | **2%** |
| Dietary Fiber 2g | **7%** |
| Total Sugars 1g | |
| Includes 0g Added Sugars | **0%** |
| **Protein** 3g | |
| Vitamin D 0mcg 0% • Calcium 40mg 4% | |
| Iron 0.7mg 4% • Potassium 120mg 2% | |

*The % Daily Value (DV) tells you how much a nutrient in a serving of food contributes to a daily diet. 2,000 calories a day is used for general nutrition advice.

**INGREDIENTS:** ALMONDS, SEASONING (MALTODEXTRIN, SALT, SUGAR, YEAST EXTRACT, PAPRIKA [COLOR], ONION POWDER, GARLIC POWDER, NATURAL FLAVORS), LESS THAN 2% OF PEANUT AND/OR SUNFLOWER OIL, CORN STARCH, SUNFLOWER LECITHIN.

**CONTAINS:** ALMONDS.

PROCESSED IN A FACILITY THAT ALSO PROCESSES PEANUTS, BRAZIL NUTS, CASHEWS, COCONUT, HAZELNUTS, MACADAMIA NUTS, PECANS, PINE NUTS, PISTACHIOS, WALNUTS, MILK, SESAME, SOY, WHEAT.






## Nutrition Facts

About 7 servings per container

Serving size 1 Pouch (18g)

| Amount per serving | |
|---|---|
| **Calories** | **100** |
| | **% Daily Value*** |
| **Total Fat** 9g | **11%** |
| Saturated Fat 1.5g | **8%** |
| *Trans* Fat 0g | |
| **Cholesterol** 0mg | **0%** |
| **Sodium** 110mg | **5%** |
| **Total Carbohydrate** 5g | **2%** |
| Dietary Fiber <1g | **2%** |
| Total Sugars 1g | |
| Includes 0g Added Sugars | **0%** |
| **Protein** 3g | |
| Vitamin D 0mcg 0% • Calcium 0mg 0% | |
| Iron 1mg 6% • Potassium 110mg 2% | |

*The % Daily Value (DV) tells you how much a nutrient in a serving of food contributes to a daily diet. 2,000 calories a day is used for general nutrition advice.

**INGREDIENTS:** CASHEWS, PEANUT OIL, SEASONING (SALT, RICE FLOUR, MALTODEXTRIN, BLACK PEPPER, YEAST EXTRACT, SPICE, ONION POWDER, GARLIC POWDER, CITRIC ACID, NATURAL FLAVOR).

**CONTAINS:** CASHEWS.

PROCESSED IN A FACILITY THAT ALSO PROCESSES PEANUTS, ALMONDS, BRAZIL NUTS, COCONUT, HAZELNUTS, MACADAMIA NUTS, PECANS, PINE NUTS, PISTACHIOS, WALNUTS, MILK, SESAME, SOY, WHEAT.




EMERALD
100 CALORIE
SNACK PACKS
NO ARTIFICIAL
PRESERVATIVES, FLAVORS, OR SYNTHETIC COLORS
EMERALD®
100 CALORIE
SNACK PACKS
COCOA ROAST®
ALMONDS
7
PACKS
NON GMO
NO HIGH FRUCTOSE CORN SYRUP
7-0.62 OZ (18g) PACKS
NET WT 4.34 OZ (123g)


Nutrition Facts
About 5 servings per container
Serving size 1 oz (28g/about 27 pieces)
Amount per serving
Calories 160
% Daily Value*
Total Fat 13g 17%
Saturated Fat 1g 5%
Trans Fat 0g
Polyunsaturated Fat 3g
Monounsaturated Fat 8g
Cholesterol 0mg 0%
Sodium 45mg 2%
Total Carbohydrate 8g 3%
Dietary Fiber 3g 11%
Total Sugars 3g
Includes 2g Added Sugars 4%
Protein 5g 4%
Vitamin D 0mcg 0% • Calcium 60mg 4%
Iron 1.3mg 8% • Potassium 220mg 4%
*The % Daily Value (DV) tells you how much a nutrient in a serving of food contributes to a daily diet. 2,000 calories a day is used for general nutrition advice
INGREDIENTS: ALMONDS, SEASONING (SUGAR, COCOA POWDER [PROCESSED WITH ALKALI], POTATO STARCH, SALT, GUM ARABIC, MALTODEXTRIN, STEVIA LEAF EXTRACT, NATURAL FLAVOR), LESS THAN 2% OF SUGAR, PEANUT AND/OR SUNFLOWER OIL, CORN STARCH, SUNFLOWER LECITHIN.
CONTAINS: ALMONDS.
PROCESSED IN A FACILITY THAT ALSO PROCESSES PEANUTS, OTHER TREE NUTS, MILK, SESAME, SOY, WHEAT.


18 PACKS
NO ARTIFICIAL
PRESERVATIVES, FLAVORS, OR SYNTHETIC COLORS
EMERALD®
100 CALORIE
VARIETY PACK
ALMONDS & WALNUTS
ROASTED & SALTED
CASHEW
HALVES & PIECES
WITH SEA SALT
DRY ROASTED
SEASONED
ALMONDS
NET WT 10.86 OZ (307g)
18 INDIVIDUAL PACKS: 6-0.63 OZ (18g), 6-0.56 OZ (16g), 6-0.62 OZ (18g)
GOOD SOURCE OF FUEL
NON GMO


DRY ROASTED ALMONDS
Nutrition Facts
About 10 servings per container
Serving size 1 Pouch (18g)
Amount per serving
Calories 100
% Daily Value*
Total Fat 9g 11%
Saturated Fat 0.5g 3%
Trans Fat 0g
Cholesterol 0mg 0%
Sodium 140mg 6%
Total Carbohydrate 4g 2%
Dietary Fiber 2g 7%
Total Sugars 1g
Includes 0g Added Sugars 0%
Protein 3g
Vitamin D 0mcg 0% • Calcium 40mg 4%
Iron 0.7mg 4% • Potassium 120mg 2%
*The % Daily Value (DV) tells you how much a nutrient in a serving of food contributes to a daily diet. 2,000 calories a day is used for general nutrition advice.
INGREDIENTS: ALMONDS, SEASONING (MALTODEXTRIN, SALT, SUGAR, YEAST EXTRACT, PAPRIKA [COLOR], ONION POWDER, GARLIC POWDER, NATURAL FLAVORS), LESS THAN 2% OF PEANUT AND/OR SUNFLOWER OIL, CORN STARCH, SUNFLOWER LECITHIN.
CONTAINS: ALMONDS.
ALMONDS & WALNUTS UNSALTED
Nutrition Facts
About 10 servings per container
Serving size 1 Pouch (16g)
Amount per serving
Calories 100
% Daily Value*
Total Fat 9g 12%
Saturated Fat 1g 4%
Trans Fat 0g
Cholesterol 0mg 0%
Sodium 0mg 0%
Total Carbohydrate 3g 1%
Dietary Fiber 1g 5%
Total Sugars <1g
Includes 0g Added Sugars 0%
Protein 3g
Vitamin D 0mcg 0% • Calcium 0mg 0%
Iron 0.5mg 2% • Potassium 0mg 0%
*The % Daily Value (DV) tells you how much a nutrient in a serving of food contributes to a daily diet. 2,000 calories a day is used for general nutrition advice.
INGREDIENTS: ALMONDS, WALNUTS.
CONTAINS: ALMONDS, WALNUTS.
CASHEWS ROASTED & SALTED
Nutrition Facts
About 10 servings per container
Serving size 1 Pouch (18g)
Amount per serving
Calories 100
% Daily Value*
Total Fat 9g 11%
Saturated Fat 1.5g 8%
Trans Fat 0g
Cholesterol 0mg 0%
Sodium 60mg 3%
Total Carbohydrate 5g 2%
Dietary Fiber <1g 2%
Total Sugars 1g
Includes 0g Added Sugars 0%
Protein 3g
Vitamin D 0mcg 0% • Calcium 0mg 0%
Iron 1.1mg 6% • Potassium 110mg 2%
*The % Daily Value (DV) tells you how much a nutrient in a serving of food contributes to a daily diet. 2,000 calories a day is used for general nutrition advice.
INGREDIENTS: CASHEWS, PEANUT OIL, SEA SALT.
CONTAINS: CASHEWS.
PROCESSED IN A FACILITY THAT ALSO PROCESSES PEANUTS, BRAZIL NUTS, COCONUT, HAZELNUTS, MACADAMIA NUTS, PECANS, PINE NUTS, PISTACHIOS, MILK, SESAME, SOY, WHEAT.




**INGREDIENTS:** CASHEWS, PEANUT OIL, SEASONING (SALT, RICE FLOUR, MALTODEXTRIN, BLACK PEPPER, YEAST EXTRACT, SPICE, ONION POWDER, GARLIC POWDER, NATURAL FLAVOR).

**CONTAINS:** CASHEWS.

PROCESSED IN A FACILITY THAT ALSO PROCESSES PEANUTS, ALMONDS, BRAZIL NUTS, COCONUT, HAZELNUTS, MACADAMIA NUTS, PECANS, PINE NUTS, PISTACHIOS, WALNUTS, MILK, SESAME, SOY, WHEAT.




## INGREDIENTS

ALMONDS, PEANUTS, SUGAR, PECANS, SEASONING (SUGAR, COCOA POWDER, [PROCESSED WITH ALKALI], POTATO STARCH, SALT, GUM ARABIC, MALTODEXTRIN, STEVIA LEAF EXTRACT, NATURAL FLAVOR), LESS THAN 2% OF PEANUT AND/OR SUNFLOWER OIL, SEA SALT, TAPIOCA SYRUP, CORN STARCH, SUNFLOWER LECITHIN.